**No. 62050.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 312739–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects

as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.